IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRITTANY WILKINS, § | |
|    PLAINTIFF § | |
| § | |
| V. § | CASE NO. 3:20-CV-1404-E-BK |
| § | |
| DUNCANVILLE I.S.D., ET AL., § | |
|    DEFENDANTS § | |
| § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation on two motions in this case: 1) the Duncanville Defendants' Motion Reurging Motion to Dismiss Plaintiff's First Amended Complaint[1] (Doc. 62); and 2) the Mansfield Defendants' Motion Reurging Motion to Dismiss Plaintiffs' First Amended Complaint"[2] (Doc. 63). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, the motions reurging the motions to dismiss filed by the Duncanville Defendants and the Mansfield Defendants are **GRANTED**. All of Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**.

---

[1] The "Duncanville Defendants" include Duncanville I.S.D., the Duncanville I.S.D. Police Department, Kathleen Brown, Matthew Garcia, Thomas Lovett, Chavela Hampton, Carl Jackson, Brandi McIntosh-Lee, Tiara Richard, Carol Rittiman, and Margarete Youree.

[2] The "Mansfield Defendants" include Mansfield I.S.D., the Mansfield I.S.D. Police Department, Kimberley Cantu, Jim Vaszauskas, Greg Minter, Jimmy Dale Womack, and Raul M. Taylor.

**SO ORDERED** this 15th day of June, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE